## SAMUEL BARR *v.* DAVID HILL.

THIS was an action on a promiſe to give the plaintiff an hundred acres of land, a cow, and plow-irons, if he would marry *Iſabella Hill*, his niece. The marriage took place, againſt the will of the woman's father. And the promiſe was proved in ſubſtance, partly from converſations before, and partly from declarations after the marriage.

*Roſs*, for defendant, contended that the promiſe was not binding.

PRESIDENT. The contract is valid, the conſideration good, and the conduct of the defendant faithleſs and immoral. You will conſider his declarations as explanatory of his contract made with *Barr*. Damages ought to be ſuch as may compel a ſpecific execution of the agreement.

Verdict for the plaintiff, 150*l*.